
1  Mitchell F. Boomer (State Bar No. 121441)
   Janelle J. Sahouria (State Bar No. 253699)
2  Jessica C. Shafer (State Bar No. 297856)
   JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, California 94111-4615
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5  E-mail: Mitchell.Boomer@jacksonlewis.com
   E-mail: Janelle.Sahouria@jacksonlewis.com
6  E-mail: Jessica.Shafer@jacksonlewis.com

7  Attorneys for Defendant
   CALIFORNIA UNITED MECHANICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTEBAN ALCAZAR, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA UNITED MECHANICAL, INC., a California corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 3:21-cv-09003-TLT<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS; CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)**<br><br>**[Filed Concurrently with Declaration of Janelle J. Sahouria]**<br><br>Hearing Date: January 16, 2024<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 9<br><br>Complaint Filed: September 13, 2021<br>Removed: November 19, 2021<br>FAC Filed: August 29, 2023<br>Trial Date: None Set |
|---|---|

TO THE HONORABLE COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Defendant CALIFORNIA UNITED MECHANICAL, INC. ("Defendant"), by and through its undersigned counsel, advises the Court that it does not oppose Plaintiff's Motion for

Preliminary Approval of Class Action Settlement and Certification of Settlement Class (ECF No. 40).

In addition, on October 19, 2023, Defendant timely served notice to the state and federal attorneys general in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715. Declaration Of Janelle J. Sahouria In Support of Defendant's Statement of Non-Opposition to Plaintiff's Motion for Preliminary Approval; Compliance With Class Action Fairness Act, 28 U.S.C. § 1715(b), ¶ 3, Ex. A.

Dated: November 14, 2023
JACKSON LEWIS P.C.

By: *(signature)*
Mitchell F. Boomer
Janelle J. Sahouria
Jessica C. Shafer