UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN ALCAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA UNITED MECHANICAL, INC.,<br><br>        Defendant. | Case No. 21-cv-09003-TLT<br><br>**ORDER TO SHOW CAUSE** |

On March 19, 2024, the Court held hearing on Motion for Preliminary Approval of Class Settlement, ECF 40. Following hearing, the Plaintiff and/or Parties were to submit supplemental briefing on the attorneys' fee award request and certain aspects of the putative class notice brought to the Parties' attention at the hearing. Further, the Parties were given a deadline to produce a list of proposed dates not already provided by the Court by March 22, 2024.

The Parties are hereby **ORDERED** to show cause for why the list of tentative dates was not provided as well as to submit supplemental briefing on why the Court should approve the entire settlement in light of the attorneys' fees award and the proposed method and form of notice by Friday, April 12, 2024.

IT IS SO ORDERED.

Dated: April 4, 2024

TRINA L. THOMPSON
United States District Judge