UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN ALCAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA UNITED MECHANICAL, INC.,<br><br>        Defendant. | Case No. 21-cv-09003-TLT<br><br>**AMENDED JUDGMENT**<br><br>Re: ECF 59, 61<br>Status Conference re. Compliance, Disbursement and *Cy Pres.*<br><br>Complaint Filed: September 13, 2021<br>Removed: November 19, 2021<br>FAC Filed: August 29, 2023<br>Final Settlement Approval: September 11, 2024 |

Having read the Declaration of William Argueta regarding disbursement on behalf of the Settlement Administrator, the Court modifies the Judgment as follows:

According to the Settlement Administrator, 303 checks sent to Participating Class Members and PAGA Members have not been cashed since their issuance on October 9, 2024, totaling $46,036.48.  ECF 60.

In oral argument, the parties confirm that three checks were reissued and cashed since the Declaration was filed.  The final uncashed checks total **300** with total amount of **$45,437.83**.

The checking-cashing period expired on April 7, 2025, which was 180 calendar days from the date the checks were issued.

Pursuant to the Settlement Agreement, the Settlement Administrator will pay the uncashed settlement funds to the *cy pres* **recipient, University of California Law, San Francisco, Workers' Rights Clinic** upon ordered by the Court.

1    Thus, the Settlement Administrator has carried out the term and provisions of the
2 Settlement Agreement.
3    PURSUANT TO CALIFORNIA RULES OF COURT 3.769, THE COURT HEREBY
4 ENTERS FINAL JUDGMENT BASED UPON THE TERMS OF THIS ORDER AND
5 SETTLEMENT AGREEMENT, AND WITHOUT AFFECTING THE FINALITY OF THIS
6 MATTER, RETAINS EXCLUSIVE AND CONTINUING JURISDICTION TO ENFORCE THIS
7 ORDER, THE SETTLEMENT AGREEMENT, AND THE JUDGMENT THEREON.
    The *cy pres* shall receive the award **no later than April 22, 2025**.
    **IT IS SO ORDERED.**  The Judgment is entered accordingly.

Dated: April 15, 2025

_____
TRINA L. THOMPSON
United States District Judge